UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROUSES ENTERPRISES, L.L.C. | § | CIVIL ACTION NO. 20-2378 |
| | § | |
| VS. | § | JUDGE WENDY B. VITTER |
| | § | |
| JAMES B. CLAPP, II | § | MAG. JUDGE KAREN WELLS ROBY |
| | § | |

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, James B. Clapp, II ("Clapp"), who hereby moves the court for summary judgment on the unenforceability of the non-compete agreement sought to be enforced by Rouses Enterprises, L.L.C. against Clapp. In addition to the memorandum in support, Clapp submits the following exhibit(s) in support of his Motion:

**EXHIBIT 1** -- September 22, 2020 Declaration of James B. Clapp, II

WHEREFORE, for the reasons set forth in the attached memorandum in support, Defendant, Clapp, prays that his motion for summary judgment be granted, and that the claims against him be dismissed, with prejudice.

Filed October 1, 2020

        RESPECTFULLY SUBMITTED,

        BREAZEALE, SACHSE & WILSON, L.L.P.
        One American Place, 23rd Floor
        Post Office Box 3197
        Baton Rouge, Louisiana 70821-3197
        Telephone: 225-387-4000
        Fax: 225-381-8029

        /s/ *Jude C. Bursavich*
        Jude C. Bursavich, La Bar Roll No. 19303
        jude.bursavich@bswllp.com
        Trenton J. Oubre, La. Bar Roll No. 20999
        trenton.oubre@bswllp.com
        Chris D. Billings, La. Bar Roll No. 31621
        chris.billings@bswllp.com

        ***Attorneys for James B. Clapp, II***